■ SHELDON GREENSPAN, Appellant, v JOAN GREENSPAN, Respondent. [822 NYS2d 730]—In an action for a divorce and ancillary relief, the plaintiff appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Nassau County (Stack, J.), entered April 6, 2006, as, after a nonjury trial, dismissed his cause of action for a divorce on the ground of constructive abandonment.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

Under the particular circumstances of this case, the Supreme Court properly dismissed the plaintiff's cause of action for a divorce on the ground of constructive abandonment. Prudenti, P.J., Mastro, Fisher and Lunn, JJ., concur.

■ INDEPENDENCE CONSTRUCTION CORP., Plaintiff, v AMOCO CONSTRUCTION CORP. et al., Defendants. JON A. LEFKOWITZ et al., Nonparty Appellants. [822 NYS2d 729]—Appeal by Jon A. Lefkowitz and Stuart I. Davis from an order of the Supreme Court, Kings County (Belen, J.), dated August 20, 2004, which, sua sponte, imposed sanctions upon them pursuant to 22 NYCRR 130-2.1 (b).

Ordered that the appeal is dismissed, without costs or disbursements.

The order dated August 20, 2004 is not appealable as of right, as no appeal lies as of right from an order that does not decide a motion made on notice (see CPLR 5701 [a] [2]) and no application for leave to appeal was made (see CPLR 5701 [c]). In any event, the record is inadequate to determine the appeal on the merits (see Cuffie v New York City Health & Hosps. Corp., 260 AD2d 423 [1999]). Miller, J.P., Santucci, Goldstein, Skelos and Lunn, JJ., concur.